Mutual Construction Company, appellee, v. Erie Furniture Company, appellant. Gen. No. 25,658.

Action to recover balance due for materials furnished and work done. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John A. Swanson, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed with damages. Opinion filed December 22, 1920.

Robert Edelson, for appellant; Hyman Polonsky, of counsel. Hope Thompson, for appellee; Nathaniel Rubinkam, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

Mark Fallon, appellee, v. City of Chicago, appellant. Gen. No. 25,691.

Action for personal injuries to workman, caused by falling under a derrick. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed December 22, 1920.

Samuel A. Ettelson and William H. Devenish, for appellant; Robert H. Farrell, of counsel. Coburn & Bentley, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

City of Chicago, appellee, v. Charles F. Clink, appellant. Gen. No. 25,740.

Conviction on charge of operating automobile while intoxicated. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed December 22, 1920.

Frank N. Hillis, for appellant; John F. Higgins, of counsel. Samuel A. Ettelson and Harry B. Miller, for appellee; Daniel Webster, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

Elizabeth Lewis, appellee, v. Chicago Railways Company et al., appellants. Gen. No. 25,654.

Action for injuries to passenger while alighting from street car. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. A. D. Morgan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed on remittitur of $1,200. Opinion filed December 31, 1920. *Certiorari* denied by Supreme Court (making opinion final).

Harry P. Weber, George W. Miller and Arthur J. Donovan, for appellants; John R. Guilliams and Robert J. Slater, of counsel. Charles C. Spencer and Arthur A. House, for appellee; Deming & Jarrett, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.